IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JARMAL LAMAR MYERS,              )
                                 )
          Plaintiff,             )
                                 )
     v.                          )
                                 )    1:24-cv-131
STEPHANIE BRATWAITHE, PHILLIP    )
TOLMAN, MICHAEL L. SWARTZ,       )
AND WARDEN FNU ANDERSON,         )
                                 )
          Defendants.            )
```

## ORDER

On July 7, 2025, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S. C. § 636. (Docs. 26, 27.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 26), is **ADOPTED. IT IS FURTHER ORDERED** that Defendant Warden Ben Anderson's Motion to Dismiss, (Doc. 19), is **GRANTED** and Plaintiff's official capacity and individual capacity claims against Defendant Anderson are **DISMISSED WITHOUT PREJUDICE.**

This the 22nd day of September, 2025.

                                              /s/ William L. Osteen, Jr.
                                                United States District Judge